# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports

No. 69  SSM 11
In the Matter of Richard Arroyo,
　　　Respondent,
　　v.
James P. O'Neill, &c., et al.,
　　　Appellants.

Submitted by Lorenzo Di Silvio, for appellants.
Submitted by Howard B. Sterinbach, for respondent.

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

On review of submissions pursuant to section 500.11 of the Rules, order reversed, with costs, petition dismissed in its entirety, and certified question answered in the negative. Under the circumstances of this case, the penalty imposed does not shock one's sense of fairness (see Matter of Kelly v Safir, 96 NY2d 32, 40 [2001]; Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County, 34 NY2d 222, 233 [1974]).  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 25, 2020